THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE CO. | : |
| **Plaintiff** | : |
| v. | : 3:12-cv-0511 |
| | : (JUDGE MARIANI) |
| HYDRO INTERNATIONAL, PLC, et al. | : |
| **Defendants** | : |

## ORDER

**AND, NOW, THIS 11th DAY OF MARCH, 2013, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment (Doc. 26) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Plaintiff and against Defendants.

3. The Clerk of the Court shall **CLOSE** the case.

Robert D. Mariani
United States District Judge